UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Consul General of Guatemala
106 Foster Dr., Suite A
Del Rio, Texas 778840
Consulate General of Guatemala

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: September 27, 2019
Case Number: 5:19−mj−02360
Document Number: 17



## United States District Court
### Southern District of Texas

DIANA SONG QUIROGA  
U.S. MAGISTRATE JUDGE

1300 Victoria Street  
Laredo, Texas 78040  
Tel: (956) 726-2242

September 27, 2019

Consul General of Guatemala  
106 Foster Dr., Suite A  
Del Rio, Texas 778840  
Consulate General of Guatemala

Dear Consulate,

I am writing this letter to inform your office that Yesica Yojana Clemente–Lucas, a citizen of Guatemala, is being held as a material witness in USA vs. Osvaldo Vijil–Nieto, case no. 5:19–mj–02360, in the Laredo Division of the U.S. District Court, Southern District of Texas.

Sincerely,

*Diana Song Quiroga*

Diana Song Quiroga  
U.S. Magistrate Judge