United States District Court
Southern District of Texas
**ENTERED**
December 06, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **V.** § § | **CRIM. ACTION NO. 5:19-cr-1816-01** |
| **OSVALDO VIJIL NIETO,** § § § § | |

### ORDER

The U.S. Marshal Service is hereby ORDERED to release, as soon as practicable, material witnesses JOSE HEMERLINO MENDEZ RODRIGUEZ and YESICA YOJANA CLEMENTE LUCAS detained in this matter. The Court notes that both parties advised U.S. Magistrate Judge Sam Sheldon at the time of the plea that it is not necessary to retain the material witnesses for the sentencing hearing.

IT IS SO ORDERED.

SIGNED this 6th day of December, 2019.

Diana Saldana
United States District Judge